**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Enrique CASTELLANOS–LOZA, aka**
**Enrique Loza–Castellanos,**
**Defendant—Appellant.**

No. 00–50170.

D.C. No. CR–99–02610–K.

United States Court of Appeals,
Ninth Circuit.

Submitted June 8, 2001.*

Submission Vacated in Part
June 18, 2001.

Resubmitted Aug. 16, 2002.

Decided Aug. 16, 2002.

Before D.W. NELSON, FERNANDEZ and RYMER, Circuit Judges.

SUPPLEMENTAL MEMORANDUM **

Enrique Castellanos–Loza appeals his guilty plea conviction and sentence for distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction under 28 U.S.C. § 1291 and we affirm.

On June 18, 2001 we vacated submission of Castellanos–Loza's claims under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). On that same date, we decided Castellanos–Loza's other claims.

Castellanos–Loza's argument that under *Apprendi* the government was required to prove that he knew the type and quantity of drugs he distributed is foreclosed by *United States v. Carranza*, 289 F.3d 634, 644 (9th Cir.2002).

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.